AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KWANE TYREE DOZIER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV520-121

V.

WARDEN UPTON; and COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 26th day of January 2021, the Plaintiff's motion to voluntarily dismiss his 42 U.S.C. § 1983 Complaint is GRANTED.

Therefore, Plaintiff's Complaint is DISMISSED without prejudice. This case stands CLOSED.

Approved by: HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: Jany 26, 2021

John E. Triplett, Acting Clerk
Clerk

(By) Deputy Clerk

GAS Rev 10/2020